# LOWENSTEIN
# SANDLER LLP

Robert J. Kipnees
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 6220
F  973 597 6221
rkipnees@lowenstein.com

February 23, 2015

**VIA CM/ECF & FIRST-CLASS MAIL**

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
    for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**     ***Silverman v. Miranda***, No. 1:06-cv-13222-ER-GWG

Dear Judge Ramos:

This firm represents the plaintiffs, the trustees of the Union Mutual Medical Fund (the "UMMF") and the UMMF (collectively, "Plaintiffs"). We write in response to the repeated late filings by defendants, the trustees of the Teamster Local 210 Affiliated Health and Insurance Fund (collectively, the "Local 210 Fund").  Throughout the course of this litigation, the Local 210 Fund has repeatedly disregarded the filing deadlines imposed by the Court.  This conduct should not be countenanced.  Accordingly, we believe the Court should either strike the Local 210 Fund's most recently untimely filings, or require counsel for the Local 210 Fund to show cause as to why a sanction should not be imposed.

The Local 210 Fund made late filings, without seeking permission to do so (either before or after the fact), on the following dates:[1]

- **February 20, 2007**: Local 210 Fund's Reply to its motion to dismiss, (*see* Dkt. No. 15); Reply was due on February 19, 2007 (*see* Dkt. Entry, dated February 6, 2007);

- **June 16, 2010**: Local 210 Fund's First Motion for Summary Judgment, (*see* Dkt. Nos. 129-136); Motion was due on June 15, 2010 (*see* Dkt. No. 121);

---

[1]     Notably, several of the Local 210 Fund's filings were rejected by the Clerk of the Court for failing to comply with the applicable CM/ECF guidelines.  Although this necessitated corrected filings, which were even later than the initial untimely filing, the list above notes only the date of the initial filing, irrespective of whether it was accepted by the Clerk or not.

The Honorable Edgardo Ramos, U.S.D.J.                                February 23, 2015
Page 2

- **April 24, 2012**: Local 210 Fund's Opposition to the UMMF's Motion for Judgment for Sum Certain, (*see* Dkt. Nos. 208-213); Opposition was due on April 23, 2012 (*see* Dkt. No. 183);

- **November 1, 2013**: Local 210 Fund's Motion to Amend/Correct the April 4, 2013 Order, (*see* Dkt. No. 252); Motion was due on October 31, 2013 (*see* Dkt. Entry, dated October 1, 2013); and

- **November 6, 2014**: Local 210 Fund's Motion for Release of Funds, (*see* Dkt. Nos. 285-86); Motion was due on November 5, 2014 (*see* Dkt. No. 282)**.**

In addition, the Local 210 Fund missed the filing deadline three times in the last month.

- Attached hereto as **Exhibit A** is the CM/ECF Notice of Electronic Filing for the Local 210 Fund's Local Rule 56.1 Statement in support of its Motion for Summary Judgment. (*See also* Dkt. No. 301.)   As the Notice indicates, the "transaction was entered by Thompson, Thomas on 1/17/2015 at 2:54 AM EST and filed on 1/17/2015." (*Id.*)  The motion, however, was due on January 16, 2015.  (*See* Dkt. No. 290.)

- Attached hereto as **Exhibits B** and **C** are the CM/ECF Notices of Electronic Filing for the Local 210 Fund's Memorandum of Law in Opposition to the UMMF's Cross-motion for Attachment of the Funds in Escrow with the Clerk of the Court, and Declaration of Thomas A. Thompson in support of the same.  (*See also* Dkt. Nos. 304, 305.)  The former was filed at 1:17 AM EST on January 31, 2015, and the latter was filed at 1:46 AM EST on January 31, 2015.  (*See* Exs. B, C.)  However, both filings were due on January 30, 2015.  (*See* Dkt. No. 290.)

- Attached hereto as **Exhibits D, E, F, G** and **H** are the CM/ECF Notices of Electronic Filing for the Local 210 Fund's papers in opposition to the UMMF's Motion for Summary Judgment.  (*See also* Dkt. Nos. 308-312.)  The Notices show that the Local 210 Fund filed its first document, the Memorandum of Law, at 2:29 AM EST on February 21, 2015, and did not complete its filing until 3:44 AM EST, when it filed the Declaration of Thomas A. Thompson.  (*See* Exs. D-H.)  However, all of these filings were due on February 20, 2015.  (*See* Dkt. No. 290.)

The need to comply with the Court's deadlines is self-evident.  Beyond that, though, the Local 210 Fund's has *sua sponte* created an unlevel playing field by granting itself additional time to complete its submissions, time which the UMMF was not given.

Moreover, and perhaps most alarmingly, the Local 210 Fund's most recent filing, the opposition to the UMMF's Motion for Summary Judgment, (*see* Dkt. No. 308), appears to have been adapted to counter the arguments raised in the UMMF's opposition to the Local 210 Fund's

The Honorable Edgardo Ramos, U.S.D.J.                              February 23, 2015
Page 3


Motion for Summary Judgment, which was filed almost twelve hours before the Local 210 Fund's papers, (*see* Dkt. No. 306).  While the arguments raised in the Local 210 Fund's opposition papers are largely similar (if not identical in some respects) to the arguments in its motion for summary judgment, (*compare* Dkt. No. 302, *with* Dkt. No. 308[2]), there is one stark difference in the Labor Management Relations Act ("LMRA") section of the former:  the Local 210 Fund's opposition papers include a claim that there are "competing interpretations" of the relevant passage of the collective bargaining agreements ("CBA"), which the Court must "analyze and interpret" in order to adjudicate the UMMF's state law breach of contract claims, (Dkt. No. 308, at 17).  No such assertion was made in the Local 210 Fund's initial moving papers.  (*See* Dkt. No. 302, at 18-25.)  However, the lack of ambiguity or controversy on the meaning of the relevant provision of the CBAs was the central argument in the UMMF's opposition to the Local 210 Fund's argument for LMRA preemption in its motion for summary judgment.  (*See* Dkt. No. 306, at 12-15.)  Given that the Local 210 Fund did not file its papers until over ten hours after the UMMF filed its papers, the inclusion of the new argument on the need for interpretation—which is plainly wrong and belied by the Local 210 Fund's prior filings and representations to the court—nevertheless is of concern.

Thus, for all of reasons discussed above, the UMMF respectfully requests that the Court either strike the Local 210 Fund's most recently untimely filings—in particular, the Local 210 Fund's opposition to the UMMF's motion for summary—or, at a minimum, require counsel for the Local 210 Fund to show cause why a sanction should not be imposed.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Robert J. Kipnees*

Robert J. Kipnees


cc (via CM/ECF):       *All Counsel of Record*

---

[2]    Citations to page numbers of documents filed on CM/ECF refer to the page numbers branded in the top right corner of the page.

# EXHIBIT A

**Kaplan, Michael A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, January 17, 2015 2:54 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Rule 56.1 Statement |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Thompson, Thomas on 1/17/2015 at 2:54 AM EST and filed on 1/17/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 301 |

**Docket Text:**
**RULE 56.1 STATEMENT. Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Thompson, Thomas)**

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam     arasalingam@friedmananspach.com

John Albert Fialcowitz     john@fialcowitzlaw.com

Michael Andrew Kaplan     mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees     rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo     racevedo1@aol.com

Thomas Albert Thompson     talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/17/2015] [FileNumber=14143057-0] [80b793aa512164aa43637d199bfea7a2af1bfb4372007f6a1a23fa7605aacfda61 8967b2cd86ad35a8ed13bf4f63289ec258b19af7fa16b119ef4a968912b87e]]

# EXHIBIT B

**Kaplan, Michael A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, January 31, 2015 1:18 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Memorandum of Law in Opposition to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Thompson, Thomas on 1/31/2015 at 1:17 AM EST and filed on 1/31/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 304 |

**Docket Text:**
**MEMORANDUM OF LAW in Opposition re: [291] CROSS MOTION for Attachment of the Funds in Escrow with the Clerk of the Court . . Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Thompson, Thomas)**

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam     arasalingam@friedmananspach.com

John Albert Fialcowitz     john@fialcowitzlaw.com

Michael Andrew Kaplan     mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees     rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo     racevedo1@aol.com

Thomas Albert Thompson        talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2015] [FileNumber=14200632-0] [0855eceeec55f4e5d23f3dac46fd411d8b8f3ee9dacdc5e8ab2b90d3575fff5f4e b463d82a882b5e92b6a4815200c9034a7cc6e7f305fed75e571b233cac3c67]]

# EXHIBIT C

**Kaplan, Michael A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, January 31, 2015 1:47 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Declaration in Opposition |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Thompson, Thomas on 1/31/2015 at 1:46 AM EST and filed on 1/31/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 305 |

**Docket Text:**
**DECLARATION of Thomas A. Thompson in Opposition re: [304] Memorandum of Law in Opposition to Motion. Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Attachments: # (1) Exhibit EXHIBIT A, # (2) Exhibit EXHIBIT B, # (3) Exhibit EXHIBIT C, # (4) Exhibit EXHIBIT D, # (5) Exhibit EXHIBIT E)(Thompson, Thomas)**

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam     arasalingam@friedmananspach.com

John Albert Fialcowitz     john@fialcowitzlaw.com

Michael Andrew Kaplan     mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees     rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo     racevedo1@aol.com

Thomas Albert Thompson        talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2015] [FileNumber=14200635-0] [09de55424ea87b36d303af7b424108568b6a42a844a4485cd5bd428654e6703ba6 26747c9d8e042e8246aef6e9067bd6f6a0dcb3847e21c30954fcb33497ec43]]
**Document description:**Exhibit EXHIBIT A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2015] [FileNumber=14200635-1] [5e9e7ea64c413b4560deacf5a86d28e242389f732df474db76b594a3ba9592a7e6 88f135ea0d63684811827ecd933e0dd4dfd9054ebd0e968ab1688d369325be]]
**Document description:**Exhibit EXHIBIT B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2015] [FileNumber=14200635-2] [510a6a499aff30f32f9151a826a2148d2200d1e3eee076e2f7daec96d7f5f25cee 4c6c4639bc2f784034a9644fb7d892c6cd8ae0b09d0afc15005122c1ce584a]]
**Document description:**Exhibit EXHIBIT C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2015] [FileNumber=14200635-3] [4741ff2a1be0567b468fabf0a4f5f17eb7b75a2e1f9024c8e5098c41111d19cc4c 9e0e1bda5d4afb317401602de77623dd865d4895204a5c7c17d463d16a62de]]
**Document description:**Exhibit EXHIBIT D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2015] [FileNumber=14200635-4] [4ecc2b2ab6a9b86534d67d967e227461d2b708d144282ef52b8b476d70d42092a0 992be8c6be9e54ced34a3f6791f8871499c0f48b13f1566dcf530e87ad1686]]
**Document description:**Exhibit EXHIBIT E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2015] [FileNumber=14200635-5] [7c26ee36756c9cbd0d6cb479b06c96d6cf530b864e655fc74700aa40bdc1c24732 eeaf847bd3f4f6e98d01dc91ffb3a6c44861125b74f877bbc5f3f51909a268]]

# EXHIBIT D

**Kaplan, Michael A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, February 21, 2015 2:30 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Memorandum of Law in Opposition to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Thompson, Thomas on 2/21/2015 at 2:29 AM EST and filed on 2/21/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 308 |

**Docket Text:**
**MEMORANDUM OF LAW in Opposition re: [293] MOTION for Summary Judgment . . Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Thompson, Thomas)**

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam      arasalingam@friedmananspach.com

John Albert Fialcowitz      john@fialcowitzlaw.com

Michael Andrew Kaplan      mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees      rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo      racevedo1@aol.com

Thomas Albert Thompson      talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295575-0] [14fa5eb96a60b1346a0fe2468d22889a4d701f83be76f31b4d683bf77a950f46d4 9c326ff6ee603ced7bcc9630436816a3d9b33cc670321f4a20d77f41d2fa44]]

2

# EXHIBIT E

**Kaplan, Michael A.**

---

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, February 21, 2015 2:33 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Counter Statement to Rule 56.1 |

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Thompson, Thomas on 2/21/2015 at 2:33 AM EST and filed on 2/21/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 309 |

**Docket Text:**
<span style="color:blue">**COUNTER STATEMENT TO Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Thompson, Thomas)**</span>

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam     arasalingam@friedmananspach.com

John Albert Fialcowitz     john@fialcowitzlaw.com

Michael Andrew Kaplan     mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees     rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo     racevedo1@aol.com

Thomas Albert Thompson     talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295578-0] [1bc5ecbcac3632438c4741947db3037b54994c8ac630b1fcf8bca21b15870d3071 166f87752a8a7a96eb2fac70e1670154a1d141c91555f184dadfd866ed5171]]

# EXHIBIT F

**Kaplan, Michael A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, February 21, 2015 2:51 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Declaration in Opposition to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Thompson, Thomas on 2/21/2015 at 2:50 AM EST and filed on 2/21/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 310 |

**Docket Text:**
**DECLARATION of Adrian Merced in Opposition re: [293] MOTION for Summary Judgment .. Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Attachments: # (1) Exhibit Ex. 1, # (2) Exhibit Ex. 2, # (3) Exhibit Ex. 3)(Thompson, Thomas)**

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam     arasalingam@friedmananspach.com

John Albert Fialcowitz     john@fialcowitzlaw.com

Michael Andrew Kaplan     mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees     rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo     racevedo1@aol.com

Thomas Albert Thompson        talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295584-0] [5faa4b234f2bbc7d1dd7ba4555261fd18c824c320c6d67dfb1692c2194e1e9f0a6 06bddea819d9b4cdd49d9da5bb4ddba2b99894e884f061af4a6ea805d1e663]]
**Document description:**Exhibit Ex. 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295584-1] [4d881746f938d440a3fd577e5f73b38f2d3501290423bbe62f31f3c08c7a2ab6d9 8ec4449dae904f1ca36ef6ec6f4ff5ff8bc80c8513ad8e23a88f27e5d1c1a9]]
**Document description:**Exhibit Ex. 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295584-2] [8fd5eaf06e59c414f945cbadc0036d40505c41583fea5ce85c12196646492d3734 a110b55d72e708abdc6c75a7b51dbb970dfe1a877eab99b9074a0f7a94f658]]
**Document description:**Exhibit Ex. 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295584-3] [65528fa0552ec16f6fc549a8678fdb5ad57ed0825a85dd6f50cb503a3b9fb7f2c1 da79ec2e6f8de90008a95185c88ac45edd37079ce06a28a5431ffb29d527e1]]

# EXHIBIT G

**Kaplan, Michael A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, February 21, 2015 3:01 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Declaration in Opposition to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Thompson, Thomas on 2/21/2015 at 3:00 AM EST and filed on 2/21/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 311 |

**Docket Text:**
**DECLARATION of Robert Bellach in Opposition re: [293] MOTION for Summary Judgment .. Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Attachments: # (1) Exhibit Ex. 1, # (2) Exhibit Ex. 2, # (3) Exhibit Ex. 3, # (4) Exhibit Ex. 4, # (5) Exhibit Ex. 5, # (6) Exhibit Ex. 6, # (7) Exhibit Ex. 7, # (8) Exhibit Ex. 8, # (9) Exhibit Ex. 9, # (10) Exhibit Ex. 10, # (11) Exhibit Ex. 11, # (12) Exhibit Ex. 12, # (13) Exhibit Ex. 13, # (14) Exhibit Ex.14)(Thompson, Thomas)**

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam     arasalingam@friedmananspach.com

John Albert Fialcowitz     john@fialcowitzlaw.com

Michael Andrew Kaplan     mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees     rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo     racevedo1@aol.com

Thomas Albert Thompson     talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-0] [1f7133b0f34a839ef83e115aea414044bb8f350f112ed911ffc36c2653ba465e75e564b3d225650179dc52b54a0d711aac4a6b8da9be401e078538153a1beccf]]
**Document description:**Exhibit Ex. 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-1] [8d728338eb17993256a11899572f93979d3e6b7a9ff89770b9e6bc2b68168927ac128304e47d3fd8e6bc0d3e747ed308f0380252a3460361146321a309c6fd14]]
**Document description:**Exhibit Ex. 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-2] [3aa029047f57d95a6b3f68adf8056c16e0e8435ad88294b771d625d19dabb38ebe1e9901525953a9cb6e8dbcbf1b300943107d96c35968dc9cdb05be2e7d2d59]]
**Document description:**Exhibit Ex. 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-3] [4dca61da0e17ccc5c676869a29a89b3025ddc3c361870b0c624fd3470b47461f7264fa4ce4d0d6df5d2df01635bd341b8ef7b04aa5bdcd6f79c52757aefcd9a5]]
**Document description:**Exhibit Ex. 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-4] [2e7fea350126678278b99589982da06672426b7bd04d047679e1c3870907c4b96cbcf16bb5c447c7745161c257ce475e1adbafe6acf46a3bbce1303d74ac5b5e]]
**Document description:**Exhibit Ex. 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-5] [5e83525020479aaaeb790e66133a967f638414d8333604d0f1fdaea587a2156c65438e1c160e7b3b02fd5a25c5512d950394e5402639081197e6c8a742c67171]]
**Document description:**Exhibit Ex. 6
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-6] [131190efe51ab7905d7a2bc7a87f2b18c2280d50d6e3ff0a8edb43ba5f2544471c cab9407f66d358c4004d2b745d0519df09c6bbb8b7109f0fe1194f881075e8]]

**Document description:**Exhibit Ex. 7
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-7] [a2213ec46b653dcd91d6a3efbaa368ed7206e087ab5e8a5a5021a6abe9bcdd4796 434499631b124e1feb39314b9986aff2437d6471625b0f522b23469975dab4]]

**Document description:**Exhibit Ex. 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-8] [2cab3772d96065baa8e9d1f5e55055704d8b13cb35f8e8323237f6ee5186e05931 3e730eec43ba2665e9f2f0860a5aad145b40b554b97dc47aeaf4daf0fb3154]]

**Document description:**Exhibit Ex. 9
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-9] [85fb5c53a4ebbc788e0a4da57ccbc85976e84514716b75cb878ccb616f6d56480a 2a909aafbd7098fee33aaa75cbaf4c9b27b0a4c403e5d5fd7c210c2151e37d]]

**Document description:**Exhibit Ex. 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-10] [701c22b2519ea107fc6d70a93e7a9e9a36254c04f28b9306b9feb849c10c1f22f b28a4101d786652fb4fd86f5918484962ab7660a35cceb47ed71ce1f4989a1c]]

**Document description:**Exhibit Ex. 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-11] [29298ba77be7ebe3bdd59c8418874a31dbf6449701c580c2bb8f41feae7cc3bec 42059fd4aa2e27dbe67fa77e11e0b39bf30b02899fceb55c14443ff3a4ab9e7]]

**Document description:**Exhibit Ex. 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-12] [70a0405ea749a0dd6deec998e8ac513693741 1adc7bc52157243badc6b64ae050 a00a2a76a98ffe593113f5c593f570cf2e1a99751604348ef9ae3d6a7e75acd]]

**Document description:**Exhibit Ex. 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-13] [99f5c763fd267162fcc1fb658019d1f0660c2dfb385ccbe00c88949ef19c999d7 a06243ea1df8c7e5ebeeaca1263f330fc5c640a2444069cde07570988e15a4a]]

**Document description:**Exhibit Ex.14
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295587-14] [91de09dbe2eb9393c81a00e6c0eb8f40f2bb1eedfaf3fb84306bdbb50399514ed 110965d34b8103226ce3ecaf5c6b61d4012617d42fae5d642d663398e4d6783]]

# EXHIBIT H

**Kaplan, Michael A.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Saturday, February 21, 2015 3:44 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-13222-ER-GWG Silverman et al v. Miranda et al Declaration in Opposition to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Thompson, Thomas on 2/21/2015 at 3:44 AM EST and filed on 2/21/2015

| | |
|---|---|
| **Case Name:** | Silverman et al v. Miranda et al |
| **Case Number:** | 1:06-cv-13222-ER-GWG |
| **Filer:** | Teamster Local 210 Affiliated Health and Insurance Fund |
| **Document Number:** | 312 |

**Docket Text:**
**DECLARATION of Thomas A. Thompson in Opposition re: [293] MOTION for Summary Judgment .. Document filed by Teamster Local 210 Affiliated Health and Insurance Fund. (Attachments: # (1) Exhibit Ex. A)(Thompson, Thomas)**

**1:06-cv-13222-ER-GWG Notice has been electronically mailed to:**

Anusha Rasalingam      arasalingam@friedmananspach.com

John Albert Fialcowitz      john@fialcowitzlaw.com

Michael Andrew Kaplan      mkaplan@lowenstein.com, bandujar@lowenstein.com

Robert J. Kipnees      rkipnees@lowenstein.com, vwagner@lowenstein.com

Roland Richard Acevedo      racevedo1@aol.com

Thomas Albert Thompson      talberttlaw@aol.com

**1:06-cv-13222-ER-GWG Notice has been delivered by other means to:**

PLAINTIFFS, Leon Silverman, James Crowley, Janet Sachs, Herbert Pobiner, Louis Flacks and Paul Berkman, as TRUSTEES of the Union Mutual Medical Fund, and the UNION MUTUAL MEDICAL FUND

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295599-0] [998b082bf62158bff1395723264d3adacb114f0e1d8dec7c6a5206bdedf898a222 7f17d20c56c7eefa5eb5a3e98edf84bffec804ef3dbfba6e1e5a7c8ebc0412]]
**Document description:**Exhibit Ex. A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/21/2015] [FileNumber=14295599-1] [5d73e0a0f8375c6cee874a2344a8cf3c89f700f8eab2072d93fe12141ea48a8b70 d8f7803bfec550a7f700a7e9fa1ca591da8429ac286fdf7aaf7e7c108292c5]]