USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/28/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LEON SILVERMAN, JAMES CROWLEY, JANET
SACHS, HERBERT POBINER, LOUIS FLACKS,
and PAUL BERKMAN, as TRUSTEES OF THE
UNION MUTUAL MEDICAL FUND, and
UNION MUTUAL MEDICAL FUND,

                Plaintiffs,

   - against -                        **OPINION AND ORDER**

                                                               06 Civ. 13222 (ER)

GEORGE MIRANDA, ROBERT BELLACH,
ANTHONY CERBONE, MARTIN SHEER, and
JOHN DOES 1-6 in their capacities as Trustees
of TEAMSTERS LOCAL 210 AFFILIATED
HEALTH AND INSURANCE FUND, and
CROSSROADS HEALTHCARE MANAGEMENT,
LLC,

                Defendants.
---------------------------------------------------------------x

Ramos, D.J.:

      By Order dated July 22, 2015, this Court, *inter alia*, granted Defendants' Motion for Release of Funds held in escrow pursuant to a stipulation entered by the parties and approved by the Court on April 4, 2013 (the "Stipulation"). Doc. 241, 287. The Clerk of the Court is respectfully directed to release the entire amount of the funds held in escrow, including any accrued interest, to Defendants, made payable to: Teamsters Local 210 Affiliated Health and Insurance Fund.

Dated:   July 28, 2015
            New York, New York

                                                               Edgardo Ramos, U.S.D.J.